IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COY PHELPS, | ) | No. C 13-5627 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

A judgment is hereby entered DISMISSING this action.

IT IS SO ORDERED.

DATED: 4/5/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.13\Phelps627jud.wpd